812 A.2d 1107

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL SUTTON, DEFENDANT–PETITIONER.

November 27, 2002.

It is ORDERED that the petition for certification is granted, the judgment of the Appellate Division is vacated, and the matter is summarily remanded to the trial court for a post-conviction relief hearing on the thirty-four items contained in the certification

74

of Assistant Deputy Public Defender Gerald Boswell that were not previously considered in connection with defendant's petition.

Jurisdiction is not retained.